BLOOMFIELD EDUCATION ASSOCIATION *v.*
ROBERT A. FRAHM ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 35 Conn. App. 384 (AC
12695), is denied.

*Ronald Cordilico,* in support of the petition.

*Ralph G. Elliot* and *Collen M. Murphy,* commission
counsel, in opposition.

Decided September 20, 1994

FREDERICK MAROUN *v.* RICHARD TARRO ET AL.

The petition of the substitute plaintiff Eileen D.
Maroun, administratrix, for certification for appeal
from the Appellate Court, 35 Conn. App. 391 (AC
12209), is denied.

*Barbara E. Gardner,* in support of the petition.

Decided September 20, 1994